# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MACARIO ANTONIO HERNANDEZ,**

        **Plaintiff,**

**-vs-**                                                        Case No.  6:08-cv-473-Orl-22DAB

**COMMISSIONER OF SOCIAL
SECURITY,**

        **Defendant.**

_____

## ORDER

This cause is before the Court on the Complaint to review a final decision of the

Commissioner of Social Security denying Supplemental Security Income payments to Plaintiff.

The United States Magistrate Judge has submitted a report recommending that the decision

of the Commissioner be affirmed.

After an independent *de novo* review of the record in this matter, and noting that no

objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of

law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed June 18, 2009 (Doc. No. 16) is **ADOPTED**

and **CONFIRMED** and made a part of this Order.

2.      The Commissioner's decision is hereby **AFFIRMED** pursuant to sentence four of

42 U.S.C. §405(g).

3.      The Clerk is directed to enter judgment accordingly, and close the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on July 7, 2009.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge